IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02351-RM-BNB

NEOMEDIA TECHNOLOGIES, INC.,

Plaintiff,

v.

DUNKIN' BRANDS GROUP, INC.,

Defendant.
_____

**ORDER**
_____

This matter arises on the **Joint Motion for Entry of Protective Order and E-Discovery Order** [Doc. # 25, filed 4/11/2014] (the "Joint Motion"), which is GRANTED IN PART and DENIED IN PART.

I regularly enter blanket protective orders "to facilitate orderly and efficient discovery. . . ." Gillard v. Boulder Valley School Dist., 196 F.R.D. 382, 384 (D. Colo. 2000). A preferred form of protective order is attached as an addendum to the Gillard decision. In this case, however, the parties have presented a proposed blanket protective order that is 28 pages long and unreasonably complex. I doubt that it will facilitate efficient discovery and, instead, is likely to lead to unnecessary discovery disputes concerning compliance. I will consider entering a blanket protective order more consistent with the preferred form in Gillard.

The E-Discovery Order, by contrast, is appropriate for its intended purpose, and I have entered that order separately.

IT IS ORDERED that the Joint Motion [Doc. # 25] is GRANTED IN PART and

DENIED IN PART as follows:

    • GRANTED insofar as it seeks entry of the E-Discovery Order, which I have entered separately; and

    • DENIED insofar as it seeks entry of a blanket protective order.  The parties are granted leave to submit a revised proposed protective order that is more consistent with the preferred form in <u>Gillard</u>.

Dated April 15, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge
